UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No.: | CV 19-01224-AB (JCx) | Date: | May 28, 2019 |

Title: *Anthony Bridget v. Telecare Corporation, et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Appearing | None Appearing |

**Proceedings:  [In Chambers] Order Remanding Action to State Court**

On May 1, 2019, the Court issued an Order Denying Plaintiff's Motion to Remand but stated that "it is inclined to remand the case sua sponte if Plaintiff dismisses his claims for breach of oral contract and breach of implied-in-fact contract because the remaining claims are not preempted by the [Labor Management Relations Act]." (Dkt. No. 20 at 6 n.2.)

On May 24, 2019, Plaintiff filed a First Amended Complaint pleading only claims that do not implicate federal question jurisdiction. (Dkt. No. 27.)   The Court therefore **REMANDS** this case to the state court from which it was removed.

**IT IS SO ORDERED.**